**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

DEC 18 2023

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-512 |
| Plaintiff - Appellee, | D.C. No. 2:23-cr-00025-DJH-1 |
| v. | MEMORANDUM[*] |
| FLERIDILIA YARISOL SANTANA-ALVAREZ, | |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Diane J. Humetewa, District Judge, Presiding

Submitted December 12, 2023[**]

Before:     WALLACE, LEE, and BUMATAY, Circuit Judges.

Fleridilia Yarisol Santana-Alvarez appeals from the district court's judgment

and challenges her guilty-plea conviction and 14-month sentence for reentry of a

removed alien, in violation of 8 U.S.C. § 1326.  Pursuant to *Anders v. California*,

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

386 U.S. 738 (1967), Santana-Alvarez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Santana-Alvarez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Santana-Alvarez waived her right to appeal her conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**